# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2108
_____

JACOB BOUSKY,

    Appellant,

v.

UNIVERSITY OF FLORIDA BOARD
OF TRUSTEES,

    Appellee.

_____

On appeal from the University of Florida.
Philip A. Mercer, Petitions Coordinator, Office of the University Registrar.

August 14, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jacob Bousky, Appellant, pro se.

Ryan Richard Fuller, and James Walter Kirkconnell, Office of the General Counsel, University of Florida, Gainesville, for Appellee.